■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LONNIE SALES, Appellant.—Judgment, Supreme Court, Bronx County, rendered on May 10, 1978, affirmed. Concur—Birns, J. P., Sullivan, Markewich and Lupiano, JJ.

Fein, J., concurs on constraint of *People v Blake* (35 NY2d 331) and *People*

*v Pickett* (71 AD2d 575). No opinion. Concur—Birns, J. P., Fein, Sullivan, Markewich and Lupiano, JJ.